BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

Attorney for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.  2:13-CR-00191 LKK |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER CONTINUING STATUS CONFERENCE** |
| KYLE MICHAEL HALL, | ) | |
| Defendant. | ) | |

The parties appeared before the Court on Tuesday, August 13, 2013, in the above-entitled case.  At that time, the matter was set for a hearing on September 24, 2013, on the defendant's motion to suppress.  The parties also set a briefing schedule for the defendant's motion.  The defendant's motion to suppress is to be filed no later than Friday, August 16, 2013; the United States reply is due Friday, September 6, 2013.  Any surreply from the defendant is due Friday, September 13, 2013.

The period between August 13, 2013, and the filing of motion to suppress was excluded from the calculation of time under the Speedy Trial Act.  The exclusion of time is appropriate up until the filing of the defendant's motion to suppress is due to defense counsel's need to prepare the motion.  The additional time is necessary to ensure defense counsel's effective preparation of the motion, as well as his effective preparation of the

case, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.  From the time the motion to suppress is filed through the conclusion of the hearing on, or other prompt disposition, of such motion, an exclusion of time will be appropriate pursuant to 18 U.S.C. § 3161(h)(1)(D); Local Code E.

ACCORDINGLY, it is hereby ordered that the matter is set for a motion hearing on September 24, 2013, and that motions are to be filed in accordance with the schedule above.  Due to the defendant's need to prepare, the time beginning August 13, 2013, and extending through the filing of the motion to suppress or September 24, 2013, whichever is earlier, is excluded from the calculation of time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.  The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  Upon filing of the motion to suppress, time shall be excluded pursuant to 18 U.S.C. § 3161(h)(1)(D); Local Code E.

IT IS SO ORDERED.

Dated: August 14, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT