BENJAMIN B. WAGNER
United States Attorney
OLUSERE A. OLOWOYEYE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2891
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO SUPPRESS STATEMENTS GIVEN IN VIOLATION OF MIRANDA V. ARIZONA, AND POINTS AND AUTHORITIES IN SUPPORT | CASE NO. 2:13-CR-00191 LKK<br><br>ORDER RE: MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO SUPPRESS STATEMENTS GIVEN IN VIOLATION OF MIRANDA V. ARIZONA, AND POINTS AND AUTHORITIES IN SUPPORT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that Court grants the motion for an extension and orders the following briefing schedule and hearing date: Government's opposition: September 20, 2013; Defendant's reply: September 27, 2013; Hearing on the motion: **October 22, 2013, at 9:15 a.m**.

Dated: September 24, 2013

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

ORDER RE: REQUEST TO SEAL DOCUMENTS     1