BENJAMIN B. WAGNER
United States Attorney
OLUSERE OLOWOYEYE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-0191 LKK |
| Plaintiff, | |
| v. | **ORDER CONTINUING STATUS CONFERENCE** |
| KYLE MICHAEL HALL, | |
| Defendant. | |

The parties appeared before the Court on Tuesday, October 22, 2013, in the above-entitled case. At that time, the court heard argument regarding the defendant's motion to suppress. The court subsequently denied the defendant's motion to suppress. The matter was set for November 13, 2013 for a status conference.

The period between October 22, 2013 and November 13, 2013 was excluded from the calculation of time under the Speedy Trial Act. The exclusion of time is appropriate from October 22, 2013 up to and including November 13, 2013 due to defense counsel's need to consult with his client following the court's denial of the motion to suppress, and also to ensure counsel's effective preparation of the case, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.

ACCORDINGLY, it is hereby ordered that the matter is set for a status conference on November 13, 2013. Due to the defendant's need to prepare, the time beginning October 22, 2013 and extending

1  through the hearing on November 13, 2013, is excluded from the calculation of time under the Speedy
2  Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4. The Court finds that the interests of
3  justice served by granting this continuance outweigh the best interests of the public and the defendant in
4  a speedy trial. 18 U.S.C. § 3161(h)(7(A).
5       IT IS SO ORDERED.
6
7  Dated: October 23, 2013
8                                    LAWRENCE K. KARLTON
                                     SENIOR JUDGE
9                                    UNITED STATES DISTRICT COURT