Jesse Ortiz (CA Bar Assn. No. 176450)
**Jesse Ortiz** Law
980 9th Street, Suite 340
Sacramento, CA  95815
Telephone:  (916) 443-9500
Facsimile:  (916) 443-9501

Attorneys for Defendant
    Kyle Hall

UNITED STATES DISTRICT COUR

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  vs.<br><br>KYLE MICHAEL HALL,<br><br>       Defendant. | Case No.: 13-CR-1911 LKK<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |

**STIPULATION**

   Defendant Kyle Michael Hall entered a plea of guilty to Count 1 of the indictment herein, which alleged a violation of 18 U.S.C section 2252(a)(2)-Distribution of Child Pornograph.

   A sentencing hearing is currently scheduled for May 20, 2014.  Counsel for Mr. Hall is currently engaged in a jury trial in People v. Rodney Corsiglia in San Mateo County.  This trial is expected to last until June 13, 2014.

   In light of the foregoing, the parties agree that the sentencing hearing scheduled for May 20, 2014 be continued to June 24, 2014.

**Stipulation and Order to Continue Sentencing Hearing**- 1

The parties agree that time should be excluded under 18 U.S.C. section 3161(h)(8)(i) for defense preparation under local rule T4.

Dated:  May 16, 2014

                              **Jesse Ortiz** Law

                              By:_____/s/_____
                                  Jesse Ortiz
                              Attorneys for Defendant
                              Kyle Michael Hall

                              By:_____/s/_____
                                  Kyle Reardon
                              Assistant United States Attorney

**ORDER**

IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for May 20, 2014 be continued to June 24, 2014.  The Court finds time excluded to June 24, 2014 pursuant to local rule T4.

Dated: May 20, 2014

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT