Jesse Ortiz (CA Bar Assn. No. 176450)
**Jesse Ortiz** Law
980 9th Street, Suite 340
Sacramento, CA  95815
Telephone:  (916) 443-9500
Facsimile:  (916) 443-9501

Attorneys for Defendant
    Kyle Hall

UNITED STATES DISTRICT COUR

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  vs.<br><br>KYLE MICHAEL HALL,<br><br>       Defendant. | ) Case No.: 13-CR-1911 LKK<br>)<br>) **STIPULATION AND ORDER TO**<br>) **CONTINUE SENTENCING HEARING**<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION**

Defendant Kyle Michael Hall entered a plea of guilty to Count 1 of the indictment herein, which alleged a violation of 18 U.S.C section 2252(a)(2)-Distribution of Child Pornography.

A sentencing hearing is currently scheduled for June 24, 2014.  Counsel for Mr. Hall is scheduled to conclude a jury trial in San Francisco County in Callie Green v. Frederick Smith, et al. on Wednesday June 25, 2014.

In light of the foregoing, the parties agree that the sentencing hearing scheduled for June 24, 2014 be continued to July 30, 2014.

The parties agree that time should be excluded under 18 U.S.C. section 3161(h)(8)(i) for defense preparation under local rule T4.

Dated:  June 19, 2014

**Jesse Ortiz** Law

By:_____/s/_____
           Jesse Ortiz
Attorneys for Defendant
Kyle Michael Hall

By:_____/s/_____
           Kyle Reardon
Assistant United States
Attorney

**ORDER**

IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for June 24, 2014 be continued to July 1, 2014.  The Court finds time excluded to June 24, 2014 pursuant to local rule T4.

Dated:    June 23, 2014

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT