BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

Attorney for Plaintiff
United States of America

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:13-CR-0191 LKK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER REGARDING RESTITUTION** |
| KYLE MICHAEL HALL, | |
| Defendant. | |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. The parties appeared before the Court on Tuesday, July 1,2 014, in the above-entitled case.  At that time, the Court sentenced the defendant to 60 months imprisonment, to be followed by a 120-month term of supervised release.  C.R. 50.  The Court referred the issue of restitution to the Magistrate Judge.  Id.

2. On August 11, 2014, the parties conferred and agreed to a stipulated restitution amount of $2,900, to be paid to the victim identified in the Presentence Report (hereinafter "Vicky").  See C.R. 42.  The United States had previously conferred with the victim's representative who agreed to this stipulated restitution award.

1    Accordingly, the parties ask that the Judgment and Commitment filed by the
2  Court on July 11, 2014, be amended to include an award of restitution to Vicky in the
3  amount of $2,900.
4      IT IS SO STIPULATED.

5  Dated: August 25, 2014                    Respectfully Submitted,

6                                            BENJAMIN B. WAGNER
                                             United States Attorney
7

8                                     By:    */s/ Kyle Reardon*
                                             KYLE REARDON
9                                            Assistant U.S. Attorney

10
11 Dated: August 25, 2014                    */s/ Kyle Reardon* for
                                             JESSE ORTIZ
12                                           Attorney for the Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>KYLE MICHAEL HALL,<br><br>  Defendant. | CASE NO. 2:13-CR-0191 LKK<br><br>**ORDER** |

The parties' stipulation is approved and so ordered. Restitution in the amount of $2,900 is ordered paid to "Vicky."

Dated: August 25, 2014

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT