IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KYLE MICHAEL HALL,<br><br>Defendant. | Case №: 2:13-cr-00191-TLN<br><br>**O R D E R<br>APPOINTING COUNSEL** |

The court appointed the Federal Defender to represent the defendant on June 17, 2019. The Federal Defender has determined it should panel this appointment. CJA Panel attorney Dustin D. Johnson is hereby appointed effective June 20, 2019, the date the Office of the Federal Defender contacted them.

**APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED *FINANCIAL AFFIDAVIT* SUPPORTING APPOINTMENT.**

DATED: June 21, 2019

_____
Troy L. Nunley
United States District Judge